IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Brian E | Case Number: 07 B 04302 |
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 3/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: May 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 959.86 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 908.03 |
| Trustee Fee: | | 51.83 |
| Other Funds: | | 0.00 |
| Totals: | 959.86 | 959.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,484.00 | 908.03 |
| 2. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | RoundUp Funding LLC | Unsecured | 49.70 | 0.00 |
| 4. | AT&T Wireless | Unsecured | 95.04 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 18.99 | 0.00 |
| 6. | National Recovery, Inc | Unsecured | 8.07 | 0.00 |
| 7. | I C Systems Inc | Unsecured | 54.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 311.00 | 0.00 |
| 9. | Teresa Byrd | Priority | | No Claim Filed |
| 10. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 3,020.80 | $ 908.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.83 |
| | $ 51.83 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Brian E

Printed: 5/13/08

Case Number: 07 B 04302
Judge: Hollis, Pamela S
Filed: 3/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

